UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SEAN AND EMILY STUART,

        Plaintiff,

v.

Civil Action No. 15-CV-00082

MERCANTILE ADJUSTMENT BUREAU, LLC.,

        Defendant.
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 9/15/2016

*/s/ Seth J. Andrews*_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 9/15/2016

*/s/ Aaron R. Easley*_____
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel, LLC
*Attorney for Defendant*
3 Cross Creek Drive
Flemington, NJ 08822
Phone: (908) 237-1660